*Davis* v. *Guardian Assurance Co.,* 87 Hun, 414, affirmed.
(Argued March 15, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered June 28, 1895, upon an order affirming a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Benno Loewy* for appellant.

*Samuel Greenbaum* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur, except PARKER, Ch. J., not sitting.

———

JAMES E. KENNEDY, Respondent, *v.* THE FITCHBURG RAILROAD COMPANY, Appellant.

*Kennedy* v. *Fitchburg R. R. Co.,* 86 Hun, 620, affirmed.
(Argued March 15, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the third judicial department, entered May 22, 1895, affirming a judgment in favor of plaintiff, entered

upon a verdict, and an order denying a motion for a new trial.

*T. F. Hamilton* for appellant.

*Thomas F. Doherty* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.